

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA


IN PROCEEDINGS:

18-13643


DEBTOR(S):

Daun U Sandlin


WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 4 IN THE AMOUNT OF $629.33


CREDITOR'S SIGNATURE:

/s/ William Andrews


CREDITOR NAME & ADDRESS:

CACH, LLC its successors and assigns as assignee of Capital One Bank (USA), N.A.

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603


DATE:

7/23/2018