# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Daun U. Sandlin
                Debtor(s)

MidFirst Bank, its successors and/or assigns
                Movant
  vs.

Daun U. Sandlin
                Debtor(s)

William C. Miller Esq.
                Trustee

CHAPTER 13

NO. 18-13643 AMC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Entry of Appearance of FNMA REMIC TRUST/WF MASTER SVCG., which was filed with the Court on or about **July 13, 2018**; **Docket #14**.

                Respectfully submitted,

                **/s/ Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                412-430-3594

August 9, 2018