**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Daun Sandlin | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 18-13643 |

**NOTICE**

To the debtor, debtor's counsel, trustee, and creditor Cabrini University;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $270.92 has been filed in your name by Alfonso Madrid, Esq. on behalf of Daun Sandlin, Debtor on August 29, 2018.

Dated: <u>August 30, 2018</u>

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: <u>Paul A. Puskar</u>
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)

**Fill in this information to identify the case:**

Debtor 1  Daun Sandlin

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  18-13643

FILED
U.S. Bankruptcy Court
Eastern District of Pennsylvania
8/29/2018
Timothy B. McGrath, Clerk

# Official Form 410
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Cabrini University fka Cabrini College <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br> Cabrini University fka Cabrini College <br><br> Name <br> 610 King of Prussia Rd <br> Bursar's Office/Finances <br> Radnor, PA 19087 <br><br> Contact phone _____ <br> Contact email _____ <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _____ | **Where should payments to the creditor be sent?** (if different) <br><br> Name <br><br> Contact phone _____ <br> Contact email _____ |
| 4. Does this claim amend one already filed? | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____ MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

Official Form 410                  Proof of Claim                  page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | |
| 7. How much is the claim? | $ __270.92__ | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>__judgment balance__ | |
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>   **Nature of property:**<br>   ☑ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>   ☐ Motor vehicle<br>   ☐ Other. Describe: _____<br><br>   **Basis for perfection:** __judgment lien__<br>   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>   **Value of property:**   $ __100000.00__<br>   **Amount of the claim that is secured:**   $ __270.92__<br>   **Amount of the claim that is unsecured:**   $ __0.00__   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>   **Amount necessary to cure any default as of the date of the petition:**   $ __0.00__<br><br>   **Annual Interest Rate** (when case was filed)    ____ %<br>   ☑ Fixed<br>   ☐ Variable | |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ | |

Official Form 410              Proof of Claim              page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  8/29/2018
MM / DD / YYYY

/s/ Alfonso Madrid
Signature

Print the name of the person who is completing and signing this claim:

Name: Alfonso Madrid
First name   Middle name   Last name

Title: Debtor's Attorney

Company: 
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 757 S. 8th Street
Number   Street
Philadelphia, PA 19147
City   State   ZIP Code

Contact phone: 2159251002   Email: alfonsomadrid.esq@gmail.com

Official Form 410                              Proof of Claim                              page 3

*J. Scott Watson, Esquire*
*Gregory J. Allard, Esquire*
*Ryan S. Watson, Esquire\**
*David R. Scott, Esquire*
*\*Admitted to PA & NJ*

LAW OFFICES
## J. SCOTT WATSON, P.C.
24 Regency Plaza
Glen Mills, Pennsylvania 19342
(610) 358-9600
Fax:(610) 358-9601

March 19, 2014

Daun U. Sandlin
6331 Ross Street
Philadelphia PA 19144

Re: **Cabrini College / Daun U. Sandlin**
  Our file Number: **20121487**

Dear Ms. Sandlin:

This letter is a followup to our previous correspondence. Our office represents **Cabrini College** in the above referenced matter. The current balance on this account is $270.92.

Our office is willing to establish a reasonable monthly payment plan on this account. Please make your monthly checks payable to: **Cabrini College**. Indicate the file number: 20121487 on your checks and forward the checks to my office.

The purpose of this letter is to attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector.

If you have any questions, please feel free to contact my office.

Sincerely yours,

**J. Scott Watson, P.C.**

---

Please be advised that we accept payment by Visa / Mastercard / Discover. If you would like to remit full or monthly payments using this method, please complete the information below and return it to our office or contact us by phone.

Name on Card _____   Account Number _____
Expiration Date _____   V-Code (last 3 digits on back of card) _____
Address (street number of cardholder's billing address or number of P.O. Box) _____
Zip Code (of cardholder's address) _____   Amount of Payment _____
File Number: **20121487**                          (Must be a minimum of $100.00)



# PHILADELPHIA MUNICIPAL COURT
## Office of the Deputy Court Administrator
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
215-686-2910
12/10/2012

| | |
|---|---|
| Marsha H. Neifield<br>President Judge | Patricia R. McDermott<br>Deputy Court Administrator |

| | | | |
|---|---|---|---|
| Carrini College | Plaintiff | Date of Judgment: | 12/10/2012 |
| | | Claim No.: | SC-12-10-19-5387 |
| **vs.**<br>Daun W. Sandlin<br>6331 Ross Street<br>Philadelphia, PA 19144 | Defendant | Failed to Appear On:<br>Judgment Amount: | 12/10/2012<br>$1,962.53 |

## NOTICE OF JUDGMENT

Pursuant to Rule 122, you are hereby notified that a judgment has been entered against you, as Defendant, in the above matter.

Upon payment to the Plaintiff of the above amount or settlement of this Judgment, you must receive from the Plaintiff an Order to Satisfy, signed by the Plaintiff. The Order to Satisfy must then be filed by you with the Judgment and Petitions Unit, 1339 Chestnut Street, Room 1003, Philadelphia, PA 19107, to satisfy the judgment from the record.

Patricia R. McDermott
Deputy Court Administrator