United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13643-amc
Daun U Sandlin                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Aug 30, 2018
                             Form ID: pdf900          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
db           +Daun U Sandlin,    6331 Ross Street,   Philadelphia, PA 19144-1626
14115998     +Cabrini College,   610 King of Prussia Rd,   Attn: Bursar/Finace office,   Wayne, PA 19087-3698

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
          ALFONSO G. MADRID    on behalf of Debtor Daun U Sandlin alfonsomadridlawECF@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re                                                       :          Chapter 13

                                                            :

        Daun Sandlin                                        :

                                                            :

            Debtor(s)                                       :          Bankruptcy No. 18-13643


## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Cabrini University;


NOTICE is hereby given that:


Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $270.92 has been filed in your name by Alfonso Madrid, Esq. on behalf of Daun Sandlin, Debtor on August 29, 2018.


Dated: <u>August 30, 2018</u>

                                            FOR THE COURT

                                            TIMOTHY B. MCGRATH
                                            CLERK


                                            By: <u>Paul A. Puskar</u>
                                            Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor


ntc of clm by 2nd party.rev
(07/13)

**Fill in this information to identify the case:**

Debtor 1 Daun Sandlin

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court **Eastern District of Pennsylvania**

Case number: **18-13643**

FILED

U.S. Bankruptcy Court
Eastern District of Pennsylvania

8/29/2018

Timothy B. McGrath, Clerk

## Official Form 410
## Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Cabrini University fka Cabrini College <br><br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? |

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Cabrini University fka Cabrini College | |
| Name | Name |
| 610 King of Prussia Rd <br> Bursar's Office/Finances <br> Radnor, PA 19087 | |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |
| Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _____ | |

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____      Filed on _____ <br>                                                       MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

Official Form 410          Proof of Claim          page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| **6.Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

| | |
|---|---|
| **7.How much is the claim?** | $ 270.92      **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| **8.What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>judgment balance |

| | |
|---|---|
| **9. Is all or part of the claim secured?** | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>   **Nature of property:**<br>   ☑ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>   ☐ Motor vehicle<br>   ☐ Other. Describe: _____<br><br>   **Basis for perfection:**   judgment lien<br><br>   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>   **Value of property:**   $ 100000.00<br><br>   **Amount of the claim that is secured:**   $ 270.92<br><br>   **Amount of the claim that is unsecured:**   $ 0.00   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>   **Amount necessary to cure any default as of the date of the petition:**   $ 0.00<br><br>   **Annual Interest Rate** (when case was filed)    ____ %<br>   ☑ Fixed<br>   ☐ Variable |

| | |
|---|---|
| **10.Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| | |
|---|---|
| **11.Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No ☐ Yes. *Check all that apply*: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
|  | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
|  | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
|  | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
|  | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
|  | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ |
|  | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date        8/29/2018
                                  _____
                                  MM / DD / YYYY


/s/  Alfonso Madrid
_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Alfonso Madrid |
|---|---|
|  | First name        Middle name        Last name |
| Title | Debtor's Attorney |
| Company | |
|  | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 757 S. 8th Street |
|  | Number   Street |
|  | Philadelphia, PA 19147 |
|  | City   State   ZIP Code |
| Contact phone | 2159251002        Email    alfonsomadrid.esq@gmail.com |

Official Form 410                                    Proof of Claim                                    page 3

LAW OFFICES
*J. Scott Watson, Esquire*
*Gregory J. Allard, Esquire*
*Ryan S. Watson, Esquire\**
*David R. Scott, Esquire*
    *\*Admitted to PA & NJ*

**J. SCOTT WATSON, P.C.**
24 Regency Plaza
Glen Mills, Pennsylvania 19342
(610) 358-9600
Fax:(610) 358-9601

March 19, 2014

Daun U. Sandlin
6331 Ross Street
Philadelphia PA 19144

**Re:    Cabrini College / Daun U. Sandlin**
**Our file Number: 20121487**

Dear Ms. Sandlin:

This letter is a followup to our previous correspondence. Our office represents **Cabrini College** in the above referenced matter.  The current balance on this account is $270.92.

Our office is willing to establish a reasonable monthly payment plan on this account.  Please make your monthly checks payable to: **Cabrini College**. Indicate the file number: 20121487 on your checks and forward the checks to my office.

The purpose of this letter is to attempt to collect a debt, and any information obtained will be used for that purpose.  This communication is from a debt collector.

If you have any questions, please feel free to contact my office.

Sincerely yours,

**J. Scott Watson, P.C.**

Please be advised that we accept payment by Visa / Mastercard / Discover. If you would like to remit full or monthly payments using this method, please complete the information below and return it to our office or contact us by phone.

Name on Card _____    Account Number _____
Expiration Date _____    V-Code (last 3 digits on back of card) _____
Address (street number of cardholder's billing address or number of P.O. Box) _____
Zip Code (of cardholder's address) _____    Amount of Payment _____
File Number: **20121487**                                    (Must be a minimum of $100.00)

# PHILADELPHIA MUNICIPAL COURT

**Office of the Deputy Court Administrator**

1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
215-686-2910
12/10/2012

Marsha H. Neifield
President Judge

Patricia R. McDermott
Deputy Court Administrator

Carrian College — Plaintiff

Date of Judgment: 12/10/2012

Claim No.: SC-12-10-19-5387

vs.

Daun U. Sandlin
6331 Ross Street
Philadelphia, PA 19144 — Defendant

Failed to Appear On: 12/10/2012

Judgment Amount: $1,962.53

## NOTICE OF JUDGMENT

Pursuant to Rule 122, you are hereby notified that a judgment has been entered against you, as Defendant, in the above matter.

Upon payment to the Plaintiff of the above amount or settlement of this Judgment, you must receive from the Plaintiff an Order to Satisfy, signed by the Plaintiff. The Order to Satisfy must then be filed by you with the Judgment and Petitions Unit, 1339 Chestnut Street, Room 1003, Philadelphia, PA 19107, to satisfy the judgment from the record.

Patricia R. McDermott
Deputy Court Administrator