# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                            Chapter 13

                                            Bankruptcy No. 18-13643-AMC

DAUN U SANDLIN

6331 ROSS STREET

PHILADELPHIA, PA 19144

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DAUN U SANDLIN

    6331 ROSS STREET

    PHILADELPHIA, PA 19144

**Counsel for debtor(s), by electronic notice only.**
    ALFONSO G MADRID, ESQ.
    757 SOUTH 8TH ST

    PHILADELPHIA, PA 19147-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                            /s/ William C. Miller

Date: 9/4/2018

                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee