# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| DAUN U. SANDLIN | : | CASE NO: 18-13643AMC |
| | : | |
| Debtor | : | |
| _____ | : | |

## STIPULATION AND ORDER

AND NOW, IT IS HEREBY STIPULATED AND AGREED to by and between the Debtor, Daun U. Sandlin, and Midfirst Bank ("Midfirst"), as follows:

1. On August 10, 2018, Midfirst filed a secured Proof of Claim, Claim No. 5, in the amount of $56,688.71

2. On September 3, 2018 Debtor filed an Objection to the Claim (Doc. No. 23)

3. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and secured creditor, Midfirst, agree to the following:

   a. The parties have agreed that for the purpose of settling the Debtor's Objection to theClaim, without any admissions of fault or liability by the parties, Midfirst has an allowed secured claim in the amount of **$50,830.30**.

   b. Should this bankruptcy be dismissed for any reason whatsoever or should this case be converted to a Chapter 7 this Stipulation shall be null and void.

| /s/ Alfonso Madrid, Esq. | /s/ Rebecca Solarz, Esq. |
|---|---|
| ALFONSO MADRID, ESQ. | REBECCA SOLARZ, ESQ. |
| Law Office of Alfonso Madrid | KML Law Group, P.C |
| Attorney for Debtor/Plaintiff | Counsel for Midfirst Bank |
| 757 South 8th St. | 701 Market St., Suite 5000 |
| Philadelphia PA 19147 | Philadelphia PA 19106 |
| Telephone: (215)925-1002 | Telephone (215) 627-1322 |
| Facsimile: (215) 402-3437 | Facsimile (215) 825-6443 |
| alfonsomadrid.esq@gmail.com | Rsolarz@kmllawgroup.com |

SO ORDERED:

**Date: October 2, 2018**

Ashely M. Chan
United States Bankruptcy Court