```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

```
In re:                                                          Case No. 18-13643-amc
Daun U Sandlin                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2      User: PaulP              Page 1 of 1         Date Rcvd: Oct 02, 2018
                          Form ID: pdf900          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db             +Daun U Sandlin,    6331 Ross Street,    Philadelphia, PA 19144-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
              ALFONSO G. MADRID    on behalf of Debtor Daun U Sandlin alfonsomadridlawECF@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 4
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| DAUN U. SANDLIN | : | CASE NO: 18-13643AMC |
| | : | |
| Debtor | : | |
| _____ | : | |

### STIPULATION AND ORDER

AND NOW, IT IS HEREBY STIPULATED AND AGREED to by and between the Debtor, Daun U. Sandlin, and Midfirst Bank ("Midfirst"), as follows:

1. On August 10, 2018, Midfirst filed a secured Proof of Claim, Claim No. 5, in the amount of $56,688.71

2. On September 3, 2018 Debtor filed an Objection to the Claim (Doc. No. 23)

3. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and secured creditor,Midfirst, agree to the following:

    a. The parties have agreed that for the purpose of settling the Debtor's Objection to theClaim, without any admissions of fault or liability by the parties, Midfirst has an allowed secured claim in the amount of **$50,830.30**.

    b. Should this bankruptcy be dismissed for any reason whatsoever or should this case be converted to a Chapter 7 this Stipulation shall be null and void.

| /s/ Alfonso Madrid, Esq. | /s/ Rebecca Solarz, Esq. |
|---|---|
| ALFONSO MADRID, ESQ. | REBECCA SOLARZ, ESQ. |
| Law Office of Alfonso Madrid | KML Law Group, P.C |
| Attorney for Debtor/Plaintiff | Counsel for Midfirst Bank |
| 757 South 8th St. | 701 Market St., Suite 5000 |
| Philadelphia PA 19147 | Philadelphia PA 19106 |
| Telephone: (215)925-1002 | Telephone (215) 627-1322 |
| Facsimile: (215) 402-3437 | Facsimile (215) 825-6443 |
| alfonsomadrid.esq@gmail.com | Rsolarz@kmllawgroup.com |

SO ORDERED:

**Date: October 2, 2018**

_____
Ashely M. Chan
United States Bankruptcy Court