# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| DAUN U. SANDLIN | : | CASE NO: 18-13643AMC |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

## ORDER TO ALLOW COUNSEL FEES AND EXPENSES

Upon consideration of the foregoing Application for Compensation of Debtor's Attorney, and upon notice, opportunity for hearing, and/or certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 4,000.00 |
| Attorney fee already paid by Debtor | $ 2,500.00 |
| **Net amount to be paid by Trustee** | **$ 1,500.00** |

The net amount is to be paid by the Trustee to Alfonso Madrid, Esquire to the extent provided for in the confirmed plan.

BY THE COURT:

**Date: November 9, 2018**

_____
Ashely M. Chan
United States Bankruptcy Judge