# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13643-AMC

DAUN U SANDLIN

6331 ROSS STREET

PHILADELPHIA, PA 19144

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DAUN U SANDLIN

    6331 ROSS STREET

    PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

    ALFONSO G MADRID, ESQ.
    757 SOUTH 8TH ST

    PHILADELPHIA, PA 19147-

                                     /S/ William C. Miller

Date: 7/8/2019                              _____

                                       William C. Miller, Esquire
                                       Chapter 13 Standing Trustee