# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 18-13643-AMC

DAUN U SANDLIN

6331 ROSS STREET

PHILADELPHIA, PA 19144

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAUN U SANDLIN

    6331 ROSS STREET

    PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

    ALFONSO G MADRID, ESQ.
    757 SOUTH 8TH ST

    PHILADELPHIA, PA 19147-

|  |  |
|---|---|
| Date: 9/17/2019 | /S/ William C. Miller |
|  | _____ |
|  | William C. Miller, Esquire |
|  | Chapter 13 Standing Trustee |