## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Daun U. Sandlin | |
| Debtor(s) | CHAPTER 13 |
| MidFirst Bank, its successors and/or assigns | |
| Movant | |
| vs. | |
| Daun U. Sandlin | NO. 18-13643 AMC |
| Debtor(s) | |
| John J. Sandlin | |
| Co-Debtor | |
| William C. Miller Esq. | |
| Trustee | 11 U.S.C. Section 362 and 1301 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion For Relief from Stay of MidFirst Bank, which was filed with the Court on or about **10/28/19,** at document number 55.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

November 14, 2019