## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| DAUN U. SANDLIN | : | CASE NO: 18-13643AMC |
| Debtor | : |  |

**CERTIFICATION OF NO RESPONSE TO DEBTOR'S MOTION TO MODIFY PLAN**

The Debtor, through counsel, hereby avers:

1. On November 27, 2019, Debtor filed the above-captioned motion (the "Motion"). Doc. No. 61.

2. On November 27, 2019, the Motion and Notice of Motion was served upon all secured and priority creditors.

3. Pursuant to Local Bankruptcy Rule 9014-3, any response to the Motion was due no later than December 17, 2019.

4. As of this date, no response has been filed to the Motion.

WHEREFORE, Debtor prays that the Court enter an order granting the relief requested in the Motion.

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
Attorney for Debtor
Community Legal Services of Philadelphia
Philadelphia PA 19140
(215) 227-4795
(215) 229-6180 (fax)