IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| DAUN U. SANDLIN | : | CASE NO: 18-13643AMC |
| | : | |
| Debtor | : | |

# ORDER

AND NOW, upon consideration of the Debtor's Objection to Proof of Claim No. 01, and after notice and hearing;

IT IS ORDERED, that the Objection is:   SUSTAINED.

Claim No. 01 is DISALLOWED as stated.  The Claim is reduced to account for postpetition payments made by the Debtor and Standing Chapter 13 Trustee.  The balance of the allowed secured claim is:  $2,687.84

Date: January 7, 2020

_____
Ashely M. Chan
United States Bankruptcy Judge