```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                        Case No. 18-13643-amc
Daun U Sandlin                                                Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jan 07, 2020
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2020.
db              +Daun U Sandlin,   6331 Ross Street,   Philadelphia, PA 19144-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2020 at the address(es) listed below:
          ALFONSO G. MADRID    on behalf of Debtor Daun U Sandlin amadrid@clsphila.org
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| DAUN U. SANDLIN | : | CASE NO: 18-13643AMC |
| | : | |
| Debtor | : | |
| _____ | : | |

# ORDER

AND NOW, upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. §1329(a), to Modify Plan (the "Motion"), and after notice and hearing;

IT IS ORDERED, that, pursuant to 11 U.S.C. § 1329(a), the Motion is GRANTED. The terms of the confirmed plan shall be modified to conform to the Third Amended Plan filed on November 27, 2019 (Doc no. 60).

**Date: January 7, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge