# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| DAUN U. SANDLIN | : | CASE NO: 18-13643PMM |
| Debtor | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Declare Lien Satisfied (the "Motion"), any response thereto, and after notice and hearing;

It is ORDERED that the Motion is GRANTED. The Court finds that the mortgage lien on the real property located at 6331 Ross St. Philadelphia, PA 19144 (the "Property"), arising out of the mortgage dated April 13, 1988 between Debtor and E.B. Mortgage Corp. ("E.B."), recorded with the Philadelphia Recorder of Deeds, in Deed Book M1438, Page 104, found at electronic document number 43555808, the last assignment of which is recorded at document number 53011556, has been SATISFIED.

*Patricia M. Mayer*

Patricia M. Mayer
United States Bankruptcy Judge

**Date: June 6, 2023**