## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| DAUN U. SANDLIN | : | CASE NO: 18-13643PMM |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

# ORDER

AND NOW, upon consideration of the Debtor's Motion to Declare Lien Satisfied (the "Motion"), and after notice and hearing;

1. IT IS ORDERED, that the Motion is GRANTED. The lien that is the basis of Proof of Claim No. 1 of Regional Acceptance Corp. ("RAC") has been satisfied and the lien released, with respect to the collateral, a 2007 Jeep Commander, VIN No. 1J8HG48K47C613896.

.

_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: July 11, 2023**