United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-13643-pmm
Daun U Sandlin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jul 10, 2023      Form ID: 138OBJ      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daun U Sandlin, 6331 Ross Street, Philadelphia, PA 19144-1626 |
| 14115998 | + | Cabrini College, 610 King of Prussia Rd, Attn: Bursar/Finace office, Wayne, PA 19087-3698 |
| 14188931 | + | Cabrini University fka Cabrini College, 610 King of Prussia Rd, Bursar's Office/Finances, Radnor, PA 19087-3623 |
| 14116000 | #+ | Gardner Medical Associates, 333 W Mount Pleasnt Ave, Philadelphia, PA 19119-2904 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 11 2023 00:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 11 2023 00:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14169538 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2023 00:46:11 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14115999 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 11 2023 00:38:00 | Credit Collection Svs, 725 Canton St., Norwood, MA 02062-2679 |
| 14272094 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 11 2023 00:38:00 | ECMC, Po box 16408, St Paul, MN 55116-0408 |
| 14180158 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 11 2023 00:46:23 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14116001 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 11 2023 00:46:12 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14116002 | | Email/Text: legal@performantcorp.com | Jul 11 2023 00:38:00 | Performant Recovery Inc., 333 North Canyons Parkway, Suite 100, Livermore, CA 94551-7661 |
| 14165007 | + | Email/Text: bncnotifications@pheaa.org | Jul 11 2023 00:38:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14116003 | + | Email/Text: bncnotifications@pheaa.org | Jul 11 2023 00:38:00 | PHEAA/HCB, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1444 |
| 14165544 | ^ | MEBN | Jul 11 2023 00:32:53 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14116004 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 11 2023 00:46:06 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |

| | | | |
|---|---|---|---|
| 14163413 | Email/PDF: RACBANKRUPTCY@BBANDT.COM Jul 11 2023 00:46:06 | | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14116005 | + Email/PDF: resurgentbknotifications@resurgent.com Jul 11 2023 00:45:59 | | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 14116006 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov Jul 11 2023 00:46:11 | | Secretary of Hous & Urban Devpt, 451 Seventh St. SW, Washington, DC 20410-0001 |
| 14116007 | + Email/Text: ECMCBKNotices@ecmc.org Jul 11 2023 00:38:00 | | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14229220 | Email/Text: EDBKNotices@ecmc.org Jul 11 2023 00:38:00 | | US Department of Education, Po Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Daun U Sandlin amadrid@clsphila.org |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Daun U Sandlin
        Debtor(s)

Case No: 18−13643−pmm
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/10/23